UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISCILLA RUCKER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 07-0699 (JR) |
| | : |
| ARCHITECT OF THE CAPITOL, | : |
| | : |
| Defendant. | : |

**NOTICE UNDER RULE 4M OF THE FEDERAL RULES OF CIVIL PROCEDURE**

The plaintiff will **TAKE NOTICE** that this action will be dismissed without prejudice pursuant to Fed.R.Civ.P 4(m) on September 24, 2007, unless a waiver of service (Fed.R.Civ.P. 4(d)) or proof of service (Fed.R.Civ.P. 4(l)) has been filed before then, or unless the Court finds good cause to extend the time for service.

JAMES ROBERTSON
United States District Judge