## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### (CIVIL DIVISION)

| | |
|---|---|
| **PRISCILLA RUCKER** | * |
| | *    Civil Action No: 07-0699 (JR) |
| **Plaintiff,** |       Judge, James Robertson |
| | * |
| v. | |
| | * |
| **ARCHITECT OF THE CAPITOL** | |
| | * |
| **Defendant.** | |

### PROOF OF SERVICE ON ARCHITECT OF THE CAPITAL

The undersigned attorney for the Plaintiff hereby certifies that the Summons and Complaint were served on May 9, 2007, to defendant, served to Architect of the Capital, serve: Office of the General Counsel, Ford House Office Building, Room H2-265-A, 2nd and D Streets, S. W., Washington, D. C. 20515, delivered by Certified Mail, "Return Receipt Requested" as evidenced by Exhibit "A"; of which a copy is attached hereto.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

           Respectfully submitted,

           /s/ Donna Williams Rucker
           Donna Williams Rucker, #446713
           DuBOFF & ASSOCIATES, CHARTERED
           8401 Colesville Road, Suite 501
           Silver Spring, Maryland 20910
           (301) 495-3131

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**PRISCILLA RUCKER**               *

                                * **Civil Action No: 07-0699 (JR)**

      **Plaintiff,**                       **Judge, James Robertson**

                                *

**v.**

                                *

**ARCHITECT OF THE CAPITOL**

                                *

      **Defendant.**

## **EXHIBIT "A"**