UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRISCILLA RUCKER,                :
                                 :
        Plaintiff,                :
                                 :
    v.                            : Civil Action No. 07-0699 (JR)
                                 :
ARCHITECT OF THE CAPITOL,        :
                                 :
        Defendant.               :

**NOTICE UNDER RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

The plaintiff will **TAKE NOTICE** that this action will be dismissed without prejudice pursuant to Fed.R.Civ.P 4(m) thirty (30) days after the date of this notice unless a waiver of service (Fed.R.Civ.P. 4(d)) has been filed, or unless proof of service (Fed.R.Civ.P. 4(l)) has been filed showing compliance with the all elements of the rule for serving officers or agencies of the United States sued for actions taken in their official capacity (Fed.R.Civ.P. 4(i)(2)(A)).

JAMES ROBERTSON
United States District Judge