UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(CIVIL DIVISION)

| | | |
|---|---|---|
| **PRISCILLA RUCKER** | * | |
| | * | **Civil Action No: 07-0699 (JR)** |
| **Plaintiff,** | * | **Judge, James Robertson** |
| | * | |
| v. | * | |
| | * | |
| **ARCHITECT OF THE CAPITOL** | * | |
| | * | |
| **Defendant.** | * | |

## PROOF OF SERVICE ON U.S. ATTORNEY

The undersigned attorney for the Plaintiff hereby certifies that a Summons and Complaint in the above captioned action were served via hand delivery on October 3, 2007, to the office of the U.S. Attorney, Kenneth L. Wainstein, at 501 3rd Street, N.W. Washington, D.C., as evidenced by the attached Affidavit of Service.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

Respectfully submitted,

By:   /s/ *Donna Williams Rucker*
Donna Williams Rucker, #446713
DUBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131    Office
(301) 587-1872    Facsimile

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(CIVIL DIVISION)

| | |
|---|---|
| PRISCILLA RUCKER | * |
| | * |
| | * Civil Action No: 07-0699 (JR) |
| Plaintiff, | * Judge, James Robertson |
| | * |
| v. | * |
| | * |
| ARCHITECT OF THE CAPITOL | * |
| | * |
| Defendant. | * |

## AFFIDAVIT OF SERVICE

I, Clarence A. Rucker, Sr. do hereby certify and return that I am a competent individual over eighteen years of age and not a party to the above-entitled action.

I swear and affirm that on Wednesday, October 03, 2007 at 11:29 a.m. Lakesha Carroll accepted and was served with a Writ of Summons and a Complaint for U.S. Attorney Kenneth Wainstein.

Said service was affected by hand delivery at 501 C Street, NW, Room 4500 in Washington, DC.

I do solemnly swear and affirm under the penalties of perjury that the matters and facts set forth herein are true and complete and accurate to the best of my knowledge.

_____
Clarence A. Rucker, Sr.

Subscribed and sworn to before me this 3rd day of October 2007, a Notary Public in and for the state of Maryland.

_____
Notary Public

SUSAN DuBOFF
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires September 1, 2008