UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(CIVIL DIVISION)

| | | |
|---|---|---|
| **PRISCILLA RUCKER** | * | |
| | * | |
| | * | Civil Action No: 07-0699 (JR) |
| **Plaintiff,** | * | Judge, James Robertson |
| | * | |
| v. | * | |
| | * | |
| **ARCHITECT OF THE CAPITOL** | * | |
| | * | |
| **Defendant.** | * | |

## AFFIDAVIT OF SERVICE

I, Donna Williams Rucker, Esq. do hereby certify and return that I am a competent individual over eighteen years of age and not a party to the above-entitled action.

I swear and affirm that on Wednesday, October 01, 2007, at 4:40 the certified package containing the Writ of Summons and Complaint in the above referenced matter was served on U.S. Attorney General, at 950 Connecticut Avenue, N.W., Washington, D.C.

Said service was affected by certified mail and is evidenced by the postal tracking confirmation attached as Exhibit 1.

I do solemnly swear and affirm under the penalties of perjury that the matters and facts set forth herein are true and complete and accurate to the best of my information, knowledge and belief.

/s/ Donna Williams Rucker_____
Donna Williams Rucker



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0220 0002 5036 3058**
Status: **Delivered**

Your item was delivered at 4:46 AM on October 1, 2007 in WASHINGTON, DC 20530.

[ Additional Details > ]  [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. [ Go > ]



POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy