UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISCILLA RUCKER,** )<br>)<br>Plaintiff, )<br>)<br>) Civil Action No. 07-0699 (JR )<br>v. )  (ECF)<br>)<br>**ARCHITECT OF THE CAPITOL** )<br>)<br>Defendant. )<br>) | |

**DEFENDANT'S MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Alberto R. Gonzales,[1] respectfully requests an enlargement of time to and including January 16, 2008, to file an answer or otherwise respond to the complaint in this case.  In support of this motion, Defendants state the following:

1.  On April 17, 2007, Plaintiff, filed this action alleging discrimination under the Rehabilitation Act of 1973, 29 U.S.C. 791 §201 of the Congressional Accountability Act and pursuant to 42 U.S.C. Section 2000(e) et seq., Title VII of the Civil Rights Act of 1964, as amended, and 28 U.S.C. Sections 1331, 1337, and 1343,  against the Architect of the Capitol. Defendants' answer or other response is due December 3, 2007.

2.  The additional time is needed to enable the undersigned to conclude discussions with Agency Counsel regarding issues that are pertinent to Defendants' response.

3.  This is Defendant's first request for an extension.

---

[1]  Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey has been automatically substituted as the proper Defendant in this case.  Mr. Mukasey was sworn in as Attorney General of the United States on November 14, 2007.

    4.       Defendants have contacted Plaintiff's counsel and she has consented to this motion.

WHEREFORE, Defendants request that this enlargement be granted.  A minute order is requested

November 30, 2007                      Respectfully submitted,

                                            _/s/_____
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney

                                            _/s/_____
                                            RUDOLPH CONTRERAS, D.C. BAR # 434122
                                            Assistant United States Attorney

                                            _/s/_____
                                            KENNETH ADEBONOJO
                                            Assistant United States Attorney
                                            Judiciary Center Building
                                            555 4th Street, N.W. – Civil Division
                                            Washington, D.C.  20530
                                            (202) 514-7157
                                            (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify I that on this 30th day of November 2007, I caused the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served on Plaintiff's attorney, Donna Williams Rucker, via the Court's Electronic Case Filing system.

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)