UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISCILLA RUCKER,** )<br>)<br>    **Plaintiff,** )<br>)<br>   v. )<br>)<br>**ARCHITECT OF THE CAPITOL** )<br>)<br>    **Defendant.** )<br>) | Civil Action No. 07-0699 (JR )<br>(ECF) |

### DEFENDANT'S MOTION TO ENLARGE TIME
### TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Alberto R. Gonzales,[1] respectfully requests an enlargement of time up to and including January 22, 2008, to file an answer or otherwise respond to the complaint in this matter. In support of this motion, Defendant states the following:

1.   Although close to completing a response to the complaint in this matter, the undersigned has been unexpectedly embroiled in another matter before the Honorable Richard J. Leon, U.S.D.J., throughout this week.

2.   The undersigned seeks this brief extension to consult with Agency Counsel on one outstanding issue, complete said response and submit same for supervisory review.

3.   Defendant has contacted Plaintiff's counsel who graciously consented to this request.

---

[1]   Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey has been automatically substituted as the proper Defendant in this case. Mr. Mukasey was sworn in as Attorney General of the United States on November 14, 2007.

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested

January 16, 2008                                  Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　　/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　　/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　　/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I certify I that on this 16th day of January 2008, I caused the foregoing Defendant's Motion to Enlarge Time to File an Answer or Otherwise Respond to Plaintiff's Complaint to be served on Plaintiff's attorney, Donna Williams Rucker, via the Court's Electronic Case Filing system.

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)