UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISCILLA RUCKER )<br><br>    Plaintiff )<br><br>v. )<br><br>OFFICE OF THE ARCHITECT )<br>OF THE CAPITOL )<br><br>    Defendant ) | Civil Action Number: 1:07-0699(JR) |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), the Office of the Architect of the Capitol ("Defendant"), through undersigned counsel, respectfully moves to dismiss Plaintiff's complaint. In support of this motion, Defendant respectfully refers the Court to the accompanying memorandum.

January 22, 2008

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISCILLA RUCKER** ) <br> ) <br> **Plaintiff** ) <br> ) <br> v. ) <br> ) <br> **OFFICE OF THE ARCHITECT** ) <br> **OF THE CAPITOL** ) <br> ) <br> **Defendant** ) <br> ) | Civil Action Number: 1:07-0699(JR) |

**DEFENDANT'S MEMORANDUM OR POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S CLAIMS UNDER TITLE VII & THE REHABILITATION ACT**

Pursuant to Fed. R. Civ. P. 12(b)(6), the Office of the Architect of the Capitol ("AOC" or "Defendant") moves to dismiss Priscilla Rucker's ("Plaintiff") Title VII claims. Plaintiff commenced this action on April 17, 2007, alleging discrimination under the Congressional Accountability Act ("CAA"), Title VII of the Civil Rights Act of 1964 and the Rehabilitation Act of 1973. *Pl. Compl., Dkt Entry No. 1*, ¶1. Specifically, Plaintiff alleges that, as a result of prior protected activity she was subject to "adverse treatment and hostile environment" when she was denied accommodations to care for a family member. *Id.*, ¶¶5-53. Plaintiff is seeking money damages for lost fringe benefits, compensatory and punitive damages as well as attorneys fees and declaratory and injunctive relief. At all relevant times hereto, Plaintiff was an employee of the AOC. *Id.*, ¶3.

Plaintiff's Title VII and Rehabilitation Act claims should be dismissed because the CAA indirectly applies the protections of eleven workplace statutes to employees of the federal legislative branch. 2 U.S.C. 1302(a)(1)-(11); *Banks v. Office of the Senate Sergeant-at-Arms*,

471 F.3d 1341, 1342 (D.C. Cir. 2006); *Bastien v. Office of Senator Ben Nighthorse Campbell*, 390 F.3d 1301, 1304 (10th. Cir. 2004)(noting that the covered statutes include Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000(e) *et seq.* and the Rehabilitation Act of 1973, 29 U.S.C. §701 *et seq.*).

Therefore, Title VII or the Rehabilitation Act do not directly extend to legislative branch employees. *Blackmon-Malloy v. United States Capitol Police Board*, 338 F.Supp.2d 97, 100 (D.D.C. 2004). Rather, the CAA is the exclusive remedy by which employees can bring suits challenging employment discrimination. *Id.*; *Bastien v. Office of Senator Ben Nighthorse Campbell*, 2005 U.S. Dist. Lexis 34368, *7 (D. Colo. 2005). Moreover, the Rehabilitation Act limits itself to executive branch employees. 29 U.S.C. 791(b); *Collins v. James*, 171 Fed. Appx. 859, 860 (D.C. Cir. 2005).

Plaintiff was and still is an employee of the legislative branch of government. As demonstrated by the above, the CAA directly provides relief that is otherwise available under the other statutes only indirectly. Therefore, Defendants respectfully request that Plaintiff's claims under Title VII and the Rehabilitation Act be dismissed under Fed. R. Civ. P. 12(b)(6).

Defendant respectfully requests a minute order.

January 22, 2008

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify I that on this 22nd day of January 2008, I caused the foregoing Defendant's Motion to Dismiss to be served on Plaintiff's attorney, Donna Williams Rucker, via the Court's Electronic Case Filing system.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)