

FILED

FEB 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| PRISCILLA RUCKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-0699(JR) |
| | ) | |
| OFFICE OF THE ARCHITECT OF THE CAPITOL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITION, *NUNC PRO TUNC*, TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER 12(b)(6)

UPON CONSIDERATION of the foregoing Plaintiff's Consent Motion for Leave to File Opposition, *Nunc Pro Tunc*, to Defendant's Motion to Dismiss Plaintiff's Complaint Under Fed. R. Civ. P. 12(b)(6), the information contained therein, and the record herein, it is this ___15th___ day of ___February___, 2008,

ORDERED, that plaintiff's Motion is hereby GRANTED, and it is further,

ORDERED, plaintiff has until February 20, 2008 to file any opposition.

SO ORDERED.

_____
JAMES ROBERTSON
United States District Judge