UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISCILLA RUCKER )<br>)<br>    Plaintiff )<br>)<br>    v. )<br>)<br>OFFICE OF THE ARCHITECT )<br>OF THE CAPITOL )<br>)<br>    Defendant )<br>) | Civil Action Number: 1:07-0699(JR) |

**REPLY TO OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLAIMS UNDER TITLE VII & THE REHABILITATION ACT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

    Plaintiff commenced this action alleging discrimination under the Congressional Accountability Act ("CAA"), Title VII of the Civil Rights Act of 1964 ("Title VII") and the Rehabilitation Act of 1973 ("Rehab Act"). Since Plaintiff is an employee of the Office of the Architect of the Capitol, a legislative branch office, the CAA is her exclusive remedy against Defendant. *Blackmon-Malloy v. United States Capital Police Board*, 338 F.Supp.2d 97, 100 (D.D.C. 2004); *Bastien v. Office of Senator Ben Nighthorse Campbell*, 2005 U.S. Dist. Lexis 34368 *7 (D. Colo. 2005). Accordingly, Plaintiff "consent[s]" to proceeding under the CAA. However, Plaintiff misconstrues Defendant's argument that "Title VII and Rehabilitation allegations are covered indirectly under the CAA," 2 U.S.C. 1302(a)(1)-(a)(11), to mean that Title VII and the Rehab Act are "independent bases for a cause of action." Pl. Opp. at 2. On the contrary, the Circuit's law is clear that, for legislative branch employees, relief under Title VII and the Rehab Act is redundant since the CAA provides adequate relief. *Banks v. Office of the Senate Sergeant-at Arms*, 471 F.3d 1341, 1342 (D.C. Cir. 2006). Finally, Defendant does not

concede that Plaintiff exhausted her administrative remedies under the CAA and reserves the right, if appropriate, to raise that argument in the future.

For reasons stated in the Motion to Dismiss and reiterated here, Defendant respectfully requests that Plaintiff's Title VII and Rehab Act claims be dismissed with prejudice.

March 3, 2008                              Respectfully submitted,

                                           _/s/_____
                                           JEFFREY A. TAYLOR, D.C. BAR # 498610
                                           United States Attorney

                                           _/s/_____
                                           RUDOLPH CONTRERAS, D.C. BAR # 434122
                                           Assistant United States Attorney

                                           _/s/_____
                                           KENNETH ADEBONOJO
                                           Assistant United States Attorney
                                           Judiciary Center Building
                                           555 4th Street, N.W. – Civil Division
                                           Washington, D.C.  20530
                                           (202) 514-7157
                                           (202) 514-8780 (facsimile)
                                           kenneth.adebonojo@usdoj.gov