UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRISCILLA RUCKER,                    :
                                     :
      Plaintiff,                    :
                                     :
  v.                                 :  Civil Action No. 07-0699 (JR)
                                     :
ARCHITECT OF THE CAPITOL,            :
                                     :
      Defendant.                    :

### SCHEDULING ORDER

After a scheduling conference held in chambers on March 5, 2008, it is,

**ORDERED** that discovery may begin immediately and is to be completed June 6, 2008.  It is

**FURTHER ORDERED** that any dispositive motion be filed no later than July 7, 2008, with any oppositions due July 28, 2008 and replies due August 8, 2008.  It is

**FURTHER ORDERED** that a status conference is set for **April 30, 2008 at 4:30 p.m.**  Counsel are to come to that meeting prepared to discuss the status of discovery, their respective settlement positions and the theories of any then-contemplated dispositive motions.  It is

**FURTHER ORDERED** that the final pretrial conference is set for **September 18, 2008 at 4:30 p.m.**, and that trial will commence at **9:30 a.m. on October 1, 2008.**  It is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion.  And it is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial).  Do not file a motion for such a consented extension.  Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

**Counsel are strongly cautioned that no additional notice will be given of the appearance dates set forth in this scheduling order.**

JAMES ROBERTSON
United States District Judge