UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISCILLA RUCKER ) <br> ) <br> Plaintiff, ) <br> ) Civil Action Number: 1:07CV00699 <br> v.  )          (JR) <br> ) <br> THE ARCHITECT OF THE CAPITOL ) <br> ) <br> Defendant. ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Christian A. Natiello, Assistant United States Attorney, and remove the appearance of Kenneth Adebonojo, Assistant United States attorney, as counsel for Defendant.

Respectfully submitted,

/s/
Christian A. Natiello, D.C. BAR #473960
Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov