UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRISCILLA RUCKER,                   :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :  Civil Action No. 07-0699 (JR)
                                    :
ARCHITECT OF THE CAPITOL,           :
                                    :
        Defendant.                  :

## NOTICE TO COUNSEL

A letter from plaintiff's counsel dated 6/6/08 was faxed to chambers and overlooked until today. The letter asks for a 45-day extension of discovery, which, because it is agreed, is approved. The letter also asks for a corresponding "re-set" of "the remaining dates on the Scheduling Order." That request is approved as to any dispositive motion because it is agreed, see [dkt # 12], but **denied** as to the dates set for the final pretrial conference and for trial, which remain firmly set for 9/18/08 and 10/1/08, respectively.

                                JAMES ROBERTSON
                          United States District Judge